**FILED**

OCT **17** 2019

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**FILED**

OCT **17** 2019

U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRCT COURT
EASTERN DISTRCT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA,                )
                                         )
            Plaintiff,                   )
                                         )
v.                                       )          **4:19CR867 AGF/SPM**
                                         )
                                         )
FRIZELL BRETT,                           )
                                         )
            Defendant.                   )

## INDICTMENT

### COUNT I

The Grand Jury charges that:

On or about October 9, 2019, within the Eastern District of Missouri, the defendant,

**FRIZELL BRETT,**

did knowingly and intentionally possess, with the intent to distribute, a mixture or substance

containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title

21, United States Code, Section 841(a)(1) punishable under Title 21, United States Code, Section

841(b)(1)(C).

A TRUE BILL.

_____

FOREPERSON

JEFFREY B. JENSEN
United States Attorney

_____
SIRENA MILLER WISSLER #55374MO
Assistant United States Attorney

1